**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ward Anglum and Nolan Anglum ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV-06-1811-PHX-MEA |
| ) | |
| Andrew Thomas, in his capacity as County ) | **ORDER** |
| Attorney for Maricopa County; Lisa D. ) | |
| Kiser; Maricopa County; City of Phoenix; ) | |
| Larry Babcock, ) | |
| ) | |
| Defendants. ) | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Magistrate Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Mark E. Aspey. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-06-1181-PHX-MEA.

DATED this 3rd day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge